# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNEY RAY WHITE,<br><br>Plaintiff,<br><br>v.<br><br>FRESNO COUNTY PUBLIC DEFENDER, et al.,<br><br>Defendants. | Case No. 1:18-cv-01220-DAD-SKO<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Docs. 4, 5) |

## ORDER

Plaintiff Darney Ray White ("Plaintiff"), proceeding pro se, filed a complaint on September 6, 2018, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 ("IFP application"). (Docs. 1, 2.) On September 12, 2018, the Court ordered Plaintiff to file an amended IFP application because his original IFP application was incomplete. (Doc. 3.) On September 20, 2018, Plaintiff separately filed two additional IFP applications containing the same substantive information regarding his finances: one on the court-approved AO Form 240 for use by all plaintiffs seeking to proceed in forma pauperis in federal court (Doc. 4), and one on the court-approved IFP application form only for prisoners. (Docs. 4, 5.) The Court finds Plaintiff has made the showing required by § 1915 and accordingly, the request to proceed in forma pauperis will be granted.[1]

//

---

[1] The two IFP applications filed on September 20, 2018, both contain adequate information to determine Plaintiff's IFP status, and as such, the first-filed IFP application (Doc. 4), is granted, and the second, redundant IFP application (Doc. 5), is denied as moot.

| | |
|---|---|
| 1 | As to the status of his complaint, Plaintiff is advised that pursuant to 28 U.S.C. § 1915(e)(2), the Court must conduct an initial review of every pro se complaint proceeding in forma pauperis to determine whether it is legally sufficient under the applicable pleading standards. The Court must dismiss a complaint, or portion thereof, if the Court determines that the complaint is legally frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). If the Court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies in the complaint can be cured by amendment. Plaintiff's Complaint will be screened in due course. |

As to the status of his complaint, Plaintiff is advised that pursuant to 28 U.S.C. § 1915(e)(2), the Court must conduct an initial review of every pro se complaint proceeding in forma pauperis to determine whether it is legally sufficient under the applicable pleading standards. The Court must dismiss a complaint, or portion thereof, if the Court determines that the complaint is legally frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). If the Court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies in the complaint can be cured by amendment. Plaintiff's Complaint will be screened in due course.

If appropriate after the case has been screened, the Clerk of Court will provide Plaintiff with the requisite forms and instructions to request the assistance of the United States Marshal in serving Defendants pursuant to Federal Rule of Civil Procedure 4.

Based on the forgoing and good cause appearing, IT IS HEREBY ORDERED that Plaintiff's application to proceed in forma pauperis (Doc. 4) is GRANTED. Plaintiff's additional application to proceed in forma paupers (Doc. 5), is DENIED as moot.

IT IS SO ORDERED.

Dated:  **September 24, 2018**          /s/ *Sheila K. Oberto*          
                                        UNITED STATES MAGISTRATE JUDGE