UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNEY RAY WHITE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRESNO COUNTY PUBLIC DEFENDER, COUNTY OF FRESNO, ERIN M. DACAYANAN, and FRESNO COUNTY DISTRICT ATTORNEY,<br><br>　　　　Defendants. | No. 1:18-cv-01220-DAD-SKO<br><br>**ORDER WITHDRAWING FINDINGS AND RECOMMENDATION TO DISMISS WITH PREJUDICE FOR PLAINTIFF'S FAILURE TO COMPLY WITH THE COURT'S ORDER AND FAILURE TO STATE A CLAIM**<br><br>**(Docs. 9, 10)** |

## I.　BACKGROUND

Plaintiff, Darney Ray White, is a prisoner in the custody of Fresno County Jail. On September 6, 2018, Plaintiff, proceeding pro se, filed a civil complaint against Defendants Fresno County Public Defender, County of Fresno, Erin M. Dacayanan, and Fresno County District Attorney. (Doc. 1.) Plaintiff purports to allege causes of action under 42 U.S.C. § 1983 ("Section 1983") for violations of his "Sixth Amendment due process rights," false imprisonment, and filing of false charges. (*Id.* at 3–5.) Plaintiff seeks compensatory damages in the amount of $60 million dollars. (*Id.* at 6, 8.) Plaintiff also filed an application to proceed *in forma pauperis*, which was granted on September 24, 2018. (Docs. 4 & 6.)

1

On November 7, 2018, the undersigned issued a screening order finding that Plaintiff failed to state any cognizable claims and granted Plaintiff thirty days leave to file an amended complaint curing the pleading deficiencies identified in the order. (Doc. 7.) Plaintiff was served with the screening order that same day. (*See* Docket.) Plaintiff failed to file an amended complaint or otherwise respond to the Court's screening order.

On December 17, 2018, an order issued for Plaintiff to show cause within twenty-one days why the action should not be dismissed for his failure to comply with the Court's order and for failure to state a claim. (Doc. 8.) Plaintiff was warned that the failure to comply with the Court's order would result in a recommendation to the presiding district judge of the dismissal of this action. (*Id.*) More than twenty-one days passed and Plaintiff failed to respond to the undersigned's order to show cause. On January 14, 2019, the undersigned filed findings and recommendation in which she recommended the Court dismiss the action due to Plaintiff's failure to obey the Court's orders, to prosecute this action, and to state a cognizable claim. (Doc. 9.)

On January 23, 2019, Plaintiff filed a document titled "Objections to Magistrate Judge's Findings and Recommendation," in which he states that the "never received the November 7, 2018, screening order." (Doc. 10 at 1.) To afford Plaintiff an opportunity to attempt to correct the deficiencies in his pleading, the undersigned will accept his "Objections," as a response—albeit untimely—to the Order to Show Cause and shall withdraw its Findings and Recommendation. Plaintiff shall be provided a copy of the Court's November 7, 2018, screening order, which sets forth the pleading and legal standards for his claim, and is granted leave to file a first amended complaint.

## II. ORDER

Based on the foregoing, it is HEREBY ORDERED that:

1. The Findings and Recommendation filed January 14, 2019, are WITHDRAWN;
2. The Clerk of Court is DIRECTED to serve Plaintiff with a copy of this order and a copy of the November 7, 2018, screening order at the address reflected on the Court's docket;

3. Within thirty (30) days from the date of service of the November 7, 2018, screening order, Plaintiff shall file an amended complaint; and

4. **If Plaintiff fails to file an amended complaint in compliance with this order, the undersigned will recommend to the assigned district judge that this action be dismissed for failure to state a claim, failure to prosecute, and/or to obey a court order.**

IT IS SO ORDERED.

Dated: **January 28, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE